**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ROGUE SATELLITE COMICS,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:11-CV-253 (LD) |
| **DREAMWORKS ANIMATION SKG, INC.,** *et al.*, | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

**ORDER DISMISSING DEFENDANT RANDOM HOUSE, INC.**

Plaintiffs Rogue Satellite Comics, Kevin Bennett Atkinson, and Christopher Phillip Reilly filed a Voluntary Notice of Dismissal Without Prejudice of Defendant Random House, Inc. This Court hereby dismisses Random House without prejudice. This dismissal extends only to Defendant Random House, Inc., and has no effect on any other Defendant in this litigation. Plaintiffs and Defendant Random House shall each bear their own costs and expenses related to this litigation.

So ORDERED and SIGNED this 27th day of June, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**