IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ROGUE SATELLITE COMICS,** *et al.*, | § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 6:11-CV-253 (LD) |
| **DREAMWORKS ANIMATION SKG, INC.,** *et al.*, | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER DISMISSING DEFENDANT PEARSON PLC

Plaintiffs Rogue Satellite Comics, Kevin Bennett Atkinson, and Christopher Phillip Reilly filed a Voluntary Notice of Dismissal Without Prejudice of Defendant Pearson PLC. This Court hereby dismisses Pearson without prejudice. This dismissal extends only to Defendant Pearson PLC, and has no effect on any other Defendant in this litigation. Plaintiffs and Defendant Pearson shall each bear their own costs and expenses related to this litigation.

**So ORDERED and SIGNED this 20th day of July, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE