IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROGUE SATELLITE COMICS, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 6:11-CV-253 LED |
| DREAMWORKS ANIMATION SKG, INC., *et al.*, | § § § § | JURY TRIAL DEMANDED |
| *Defendants*. | § § | |

## ORDER DISMISSING DEFENDANT SLB TOYS USA, INC.

Plaintiffs Rogue Satellite Comics, Kevin Bennett Atkinson, and Christopher Phillip Reilly filed a Voluntary Notice of Dismissal Without Prejudice of Defendant SLB Toys USA, Inc. ("SLB"). This Court hereby dismisses SLB without prejudice. This dismissal extends only to Defendant SLB Toys USA, Inc., and has no effect on any other Defendant in this litigation. Plaintiffs and Defendant SLB shall each bear their own costs and expenses related to this litigation.

So ORDERED and SIGNED this 5th day of August, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**