IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROGUE SATELLITE COMICS, § | | |
| KEVIN BENNETT ATKINSON, and § | | |
| CHRISTOPHER PHILLIP REILLY, § | | Civil Action No. 6:11-cv-253-LED |
| *Plaintiffs* § | | |
| v. § | | Jury Trial Demanded |
| § | | |
| DREAMWORKS ANIMATION SKG, § | | |
| INC., et al § | | |
| *Defendants.* § | | |

## ORDER ON STIPULATION FOR THE DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS

After considering the parties' Stipulation for the Dismissal Without Prejudice of Certain Defendants, this Court hereby dismisses Defendants Cinemark USA, Inc., Carmike Cinemas, Inc., Hollywood Theaters, Inc., Premiere Cinema Corporation, Rave Cinemas, LLC, Starplex Master Holdings, Inc., Toys "R" Us Inc., Toysrus.com, Inc., Toysrus.com, LLC, Gamestop Corp., Hastings Entertainment, Inc., Penguin Group (USA) Inc., Ape Entertainment, LLC, and Aquawood LLC (collectively the "Dismissed Defendants") WITHOUT prejudice.

This dismissal extends only to the Dismissed Defendants and does not apply to any other Defendant in this case.

**So ORDERED and SIGNED this 9th day of April, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**