IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ROGUE SATELLITE COMICS, § <br> KEVIN BENNETT ATKINSON, and § <br> CHRISTOPHER PHILLIP REILLY, § <br> *Plaintiffs* § <br> v. § <br> § <br> DREAMWORKS ANIMATION SKG, § <br> INC., et al § <br> *Defendants.* § | Civil Action No. 6:11-cv-253-LED <br><br> Jury Trial Demanded |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kevin Bennett Atkinson and Christopher Phillip Reilly and Defendants DreamWorks Animation SKG, Inc.; DreamWorks Animation, LLC; DreamWorks, Inc.; Pacific Data Images, Inc.; Paramount Pictures Corporation; and Red Hour Films, Inc. hereby stipulate to the dismissal with prejudice of the entirety of this action, and all claims and/or causes of action asserted herein, against all defendants, with all parties to bear their own attorneys' fees, expenses, and costs.  For the avoidance of doubt, this stipulation of dismissal with prejudice is applicable to all defendants originally named in the action, or added to the action by amendment, including all previously dismissed defendants including, without limitation, those dismissed without prejudice by prior order (*see e.g.* Dkt. 15, 22, 26 and 48).

Dated:  August 13, 2012

Respectfully submitted,

| | |
|---|---|
| */s/ Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College Ave., Suite 500<br>Tyler, Texas  75702<br>Tel: (903) 597 8311<br>Fax: (903) 593 0846<br><br>*/s/ Bruce Van Dalsem*<br>Bruce Van Dalsem<br>brucevandalsem@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Office: 213-443-3000<br>Fax: 213-443-3100<br>**ATTORNEYS FOR DREAMWORKS ANIMATION SKG, INC.; DREAMWORKS ANIMATION, LLC; DREAMWORKS, INC.; PARAMOUNT PICTURES CORP.; PACIFIC DATA IMAGES, INC.; and RED HOUR FILMS, INC.** | */s/ D. Neil Smith*<br>D. Neil Smith<br>State Bar No. 00797450<br>dneilsmith@mac.com<br>**NIX PATTERSON & ROACH, L.L.P.**<br>5215 N. O'Connor Blvd., Suite 1900<br>Irving, Texas 75039<br>972.831.1188 (telephone)<br>972.444.0716 (facsimile)<br><br>DEREK GILLILAND<br>State Bar No. 24007239<br>dgilliland@nixlawfirm.com<br>**NIX PATTERSON & ROACH, L.L.P.**<br>205 Linda Drive<br>Daingerfield, Texas 75638<br>903.645.7333 (telephone)<br>903.645.5389 (facsimile)<br><br>Brent M. Langdon<br>Texas Bar No. 11902250<br>E-Mail: blangdon@ldatty.com<br>Kyle B. Davis<br>Texas Bar No. 24031995<br>E-Mail: kdavis@ldatty.com<br>**LANGDON ✶ DAVIS**<br>5902 Summerfield, Ste. A.<br>Texarkana, TX 75505-5547<br>Telephone: (903) 223-3246<br>Telecopier: (903) 223-5227<br>**ATTORNEYS FOR PLAINTIFFS ROGUE SATELLITE COMICS, KEVIN BENNETT ATKINSON & CHRISTOPHER PHILLIP REILLY** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on August 13, 2012.

*/s/ D. Neil Smith*
D. Neil Smith

02601.23501/4892295.1                                  2