IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROGUE SATELLITE COMICS, <br> KEVIN BENNETT ATKINSON, and <br> CHRISTOPHER PHILLIP REILLY, <br>     *Plaintiffs* <br> v. <br><br> DREAMWORKS ANIMATION SKG, <br> INC., et al <br>     *Defendants.* | § § § § § § § § § § | Civil Action No. 6:11-cv-253-LED <br><br> Jury Trial Demanded |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), and based upon the Stipulation of Dismissal filed by Plaintiffs Kevin Bennett Atkinson and Christopher Phillip Reilly and Defendants DreamWorks Animation SKG, Inc.; DreamWorks Animation, LLC; DreamWorks, Inc.; Pacific Data Images, Inc.; Paramount Pictures Corporation; and Red Hour Films, Inc.,

IT IS HEREBY ORDERED that the this action in its entirety, including all claims and/or causes of action asserted against all defendants, is dismissed with prejudice, with all parties to bear their own attorneys' fees, expenses, and costs. For the avoidance of doubt, this dismissal with prejudice is applicable to all defendants originally named in the action, or added to the action by amendment, including all previously dismissed defendants including, without limitation, those dismissed without prejudice by prior order (*see e.g.* Dkt. 15, 22, 26 and 48).

**So ORDERED and SIGNED this 15th day of August, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**